UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Pedro Ruiz  
    Laura Ruiz  
          Debtor(s)

Case No. 09 B 14068

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/21/2009.

2) The plan was confirmed on 06/25/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Converted on 10/05/2012.

6) Number of months from filing to last payment: 39.

7) Number of months case was pending: 43.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $41,301.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$41,301.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $2,171.42 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,671.42** |

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| American General Finance | Unsecured | 1,206.51 | 1,384.86 | 1,384.86 | 996.29 | 0.00 |
| Asset Acceptance | Unsecured | 548.87 | 594.10 | 594.10 | 427.16 | 0.00 |
| Asset Acceptance | Unsecured | 297.61 | 326.71 | 326.71 | 234.76 | 0.00 |
| Becket & Lee | Unsecured | NA | 205.08 | 205.08 | 147.29 | 0.00 |
| Candica LLC | Unsecured | 1,030.20 | 1,419.62 | 1,419.62 | 1,021.25 | 0.00 |
| Capital One | Unsecured | 1,057.58 | 1,403.55 | 1,403.55 | 1,009.72 | 0.00 |
| Capital One Auto Finance | Secured | 23,558.27 | 20,039.82 | 20,039.82 | 0.00 | 0.00 |
| Capital One Auto Finance | Unsecured | 23,558.27 | NA | NA | 0.00 | 0.00 |
| CarMax Auto Finance | Secured | 13,947.00 | 9,050.00 | 9,050.00 | 0.00 | 0.00 |
| CarMax Auto Finance | Unsecured | 13,947.00 | 1,912.48 | 1,912.48 | 0.00 | 0.00 |
| Chicago Ridge Fire Dept | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| CPS Security | Unsecured | 232.68 | NA | NA | 0.00 | 0.00 |
| Creditors Bankruptcy Service | Unsecured | 1,072.90 | 1,117.48 | 1,117.48 | 803.93 | 0.00 |
| Dell Financial Services Inc | Unsecured | 3,235.00 | 3,235.41 | 3,235.41 | 2,327.56 | 0.00 |
| Dell Financial Services Inc | Unsecured | 2,463.97 | 2,463.97 | 2,463.97 | 1,772.63 | 0.00 |
| Division Anesthesia Group Pc | Unsecured | 174.00 | NA | NA | 0.00 | 0.00 |
| East Bay Funding | Unsecured | 3,012.58 | 3,168.88 | 3,168.88 | 2,279.77 | 0.00 |
| East Bay Funding | Unsecured | 302.47 | 308.19 | 308.19 | 221.48 | 0.00 |
| East Bay Funding | Unsecured | 4,429.72 | 4,415.20 | 4,415.20 | 3,176.32 | 0.00 |
| ECast Settlement Corp | Unsecured | 1,451.96 | 1,451.96 | 1,451.96 | 1,044.49 | 0.00 |
| ECast Settlement Corp | Unsecured | 2,684.00 | 3,362.08 | 3,362.08 | 2,418.79 | 0.00 |
| Evergreen Orthopedics | Unsecured | 186.60 | NA | NA | 0.00 | 0.00 |
| GE Money Bank | Unsecured | 1,395.74 | NA | NA | 0.00 | 0.00 |
| GMAC Auto Financing | Secured | 24,353.24 | 20,860.86 | 20,860.86 | 0.00 | 0.00 |
| GMAC Auto Financing | Unsecured | 24,353.24 | NA | NA | 0.00 | 0.00 |
| Hammond Radiologist | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| Household Financial Corporation | Unsecured | 832.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 787.08 | NA | NA | 0.00 | 0.00 |
| Ino Vision | Unsecured | 394.45 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | NA | 5,963.02 | 5,963.02 | 4,289.54 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 1,614.74 | 1,614.74 | 1,614.74 | 1,161.66 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Jefferson Capital Systems LLC | Unsecured | 2,342.35 | 2,381.35 | 2,381.35 | 1,713.16 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 1,652.53 | 1,652.53 | 1,652.53 | 1,188.89 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 702.25 | 702.25 | 702.25 | 504.93 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 5,582.96 | 2,668.99 | 2,668.99 | 1,920.10 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 5,590.63 | 2,702.58 | 2,702.58 | 1,944.24 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 1,699.90 | 1,699.90 | 1,699.90 | 1,222.96 | 0.00 |
| Little Company Of Mary Hospital | Unsecured | 62.49 | NA | NA | 0.00 | 0.00 |
| MAR Assoc | Unsecured | 26.10 | NA | NA | 0.00 | 0.00 |
| MidAmerica Cardiovascular Consultants | Unsecured | 2.40 | NA | NA | 0.00 | 0.00 |
| Oak Lawn Radiologists SC | Unsecured | 38.40 | NA | NA | 0.00 | 0.00 |
| Parkview Orthopaedic Group | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| Polo Towers | Unsecured | 5,386.22 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 829.00 | 705.02 | 705.02 | 506.90 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 188.00 | 188.50 | 188.50 | 135.38 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 488.46 | 169.87 | 169.87 | 122.14 | 0.00 |
| Providian | Unsecured | 937.69 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 777.27 | 777.27 | 777.27 | 559.13 | 0.00 |
| Radiology Imaging Specialists | Unsecured | 17.20 | NA | NA | 0.00 | 0.00 |
| Redline Recovery Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | NA | 4,014.46 | 4,014.46 | 2,888.05 | 0.00 |
| Resurgent Capital Services | Unsecured | 797.16 | 821.62 | 821.62 | 591.06 | 0.00 |
| Rheumatology Associates | Unsecured | 526.75 | NA | NA | 0.00 | 0.00 |
| Sears Dental Service | Unsecured | 169.50 | NA | NA | 0.00 | 0.00 |
| Sprint Nextel | Unsecured | 3,308.00 | NA | NA | 0.00 | 0.00 |
| SST CARD SERVICE | Unsecured | 937.69 | NA | NA | 0.00 | 0.00 |
| St Margaret Mercy Healthcare | Unsecured | 48.00 | NA | NA | 0.00 | 0.00 |
| St Mary Of Elizabeth | Unsecured | 2,288.75 | NA | NA | 0.00 | 0.00 |
| Target National Bank | Unsecured | 143.00 | NA | NA | 0.00 | 0.00 |
| Village Imaging Professionals LLC | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Village Imaging Professionals LLC | Unsecured | 11.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $49,950.68 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$49,950.68** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$52,831.67** | **$36,629.58** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $4,671.42 |
| Disbursements to Creditors | $36,629.58 |
| **TOTAL DISBURSEMENTS** : | **$41,301.00** |

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 11/29/2012                               By: /s/ Marilyn O. Marshall
                                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**